# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REFLECTION CODE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>1-800 FLOWERS.COM, INC., *et al.*<br><br>        Defendants | Civil Action No. 2:15-cv-1512-JRG<br>(Lead Case)<br><br>This relates to: Civil Action No.<br>2:15-cv-01930-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR EXTENSION

Whereas Plaintiff will be filing an amended complaint by June 3, 2016, and

Whereas, Defendant wishes to review any such amended complaint prior to completing invalidity contentions, and

Whereas, the filing of such an amended complaint will trigger other events in this action, including the filing of a response by Defendant, and

Whereas, the parties may also discuss potential settlement during this time,

Therefore, the parties jointly request that

1. case deadlines related to *Reflection Code v. Best Buy Co., Inc.*, 2:15-cv-01930, be stayed until such time as an amended complaint is filed, and

2. the parties will file an update with the Court, including an updated proposed schedule as necessary, two weeks after the filing of an amended complaint.

| | |
|---|---|
| Dated: May 27, 2016 | **COGHLAN CROWSON, LLP** |

/s/ Rickey L. Faulkner
Rickey L. Faulkner
Texas Bar No. 06857095
1127 Judson Road
Suite 211 75601
P.O. Box 2665
Longview, TX  75606
Telephone:     (903) 758-5543
Facsimile:        (903) 753-6989
rfaulkner@ccfww.com

*Attorneys for Defendant*
*Best Buy Co., Inc.*


**DEVLIN LAW FIRM LLC**

/s/ Robert Kiddie
Robert Dean Kiddie, Jr.
Texas Bar No. 24060092
Timothy Devlin (*pro hac vice*)
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Telephone:     (302) 449-9010
Facsimile:        (302) 535-4215
rkiddie@devlinlawfirm.com
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
*Reflection Code LLC*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that the foregoing document was discussed with Plaintiff's counsel and Plaintiff's counsel consents to the form and substance of this motion.

*/s/ Rickey L. Faulkner*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 27, 2016, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Rickey L. Faulkner*